# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONNELLE PETTIGREW, | Case No. 2:16-cv-03012-APG-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 8) |
| TOM WILSON, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for service of summons and complaint by U.S. Marshal. Docket No. 8. Plaintiff submits that because the Court has granted her application to proceed *in forma pauperis*, she is entitled to have the United States Marshal serve her summons and complaint. *Id.* at 1. Plaintiff is incorrect. Further, Plaintiff's motion is premature, as the Court dismissed her complaint without prejudice, and has not yet screened her amended complaint. *See* Docket No. 5. Accordingly, Plaintiff's motion for service of summons, Docket No. 8, is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: February 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge