# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DONNELLE PETTIGREW,

          Plaintiff(s),

TOM WILSON, et al.,

          Defendant(s).

Case No. 2:16-cv-03012-APG-NJK

ORDER

(Docket No. 11)

Pending before the Court is Plaintiff's motion for service of summons and complaint by U.S. Marshal. Docket No. 11. Plaintiff submits that because the Court has granted her application to proceed *in forma pauperis*, she is entitled to have the United States Marshal serve her summons and complaint. *Id.* at 1. As the Court previously noted, Plaintiff is incorrect. *See* Docket No. 9. Further, after giving Plaintiff another opportunity to cure the defects in her complaint, the Court has reviewed Plaintiff's second amended complaint, Docket No. 12, and also finds it deficient. The undersigned has therefore dismissed the complaint with leave to amend. Therefore, no complaint exists in this action.

Accordingly, Plaintiff's motion for service of summons, Docket No. 11, is hereby **DENIED**.

IT IS SO ORDERED.

DATED: February 23, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge