# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONNELLE PETTIGREW, | )<br>)  Case No. 2:16-cv-03012-APG-NJK |
| Plaintiff(s), | ) |
| vs. | )  ORDER |
| TOM WILSON, et al., | )  (Docket No. 16) |
| Defendant(s). | ) |

Pending before the Court is Plaintiff's motion for service of summons and complaint by U.S. Marshal. Docket No. 16. Plaintiff submits that because the Court has granted her application to proceed *in forma pauperis*, she is entitled to have the United States Marshal serve her summons and complaint. *Id.* at 1. As the Court has twice noted, Plaintiff is incorrect. *See* Docket Nos. 9, 14. Further, after giving Plaintiff another opportunity to cure the defects in her complaint, the Court has reviewed Plaintiff's third amended complaint, Docket No. 15, and also finds it deficient. The undersigned has therefore recommended dismissal of this action.

Accordingly, Plaintiff's motion for service of summons, Docket No. 16, is hereby **DENIED**.

IT IS SO ORDERED.

DATED: March 2, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge