UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONNELLE PETTIGREW,<br><br>  Plaintiff,<br><br>v.<br><br>TOM WILSON, *et al.*,<br><br>  Defendants. | Case No. 2:16-cv-03012-APG-NJK<br><br>**ORDER ON REPORT AND RECOMMENDATION**<br><br>(Dkt. No. 17) |

On March 2, 2017, Magistrate Judge Koppe entered a report and recommendation that I dismiss this case without prejudice for failure to allege facts supporting subject matter jurisdiction. ECF No. 17. Pettigrew did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Koppe's report and recommendation **(ECF No. 17) is accepted**.

IT IS FURTHER ORDERED that plaintiff Donnelle Pettigrew's third amended complaint is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 3rd day of April, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE